SAMUEL S. LOWMAN, Respondent, v. EVA M. HUNTLEY, Appellant, Impleaded with Others.— Judgment of the County Court of Kings county

affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr and Putnam, JJ., concurred; Rich, J., not voting.